IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN ANDERSON,

    Petitioner,                      No. CIV S-06-0898 DFL GGH P

    vs.

M.C. KRAMER, et al.,

    Respondents.                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2000 conviction for genital penetration by a foreign object and forcible sodomy.

        Court records indicate that petitioner previously filed a habeas corpus petition in this court challenging his 2000 conviction, CIV S-03-2236 WBS GGH P. On March 24, 2005, this petition was denied on the merits.

        The instant petition is a second or successive petition to CIV S-03-2236 WBS GGH P. Before a second or successive petition may be brought, petitioner must move in the Court of Appeals for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3)(A). Because petitioner has not obtained an order from the Ninth Circuit Court of Appeals to proceed with this action, the court recommends that this action be dismissed for

1 lack of jurisdiction.

2       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for
3 lack of jurisdiction.

4       These findings and recommendations are submitted to the United States District
5 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
6 days after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
9 shall be served and filed within ten days after service of the objections.  The parties are advised
10 that failure to file objections within the specified time may waive the right to appeal the District
11 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

12 DATED: 5/17/06

13       /s/ Gregory G. Hollows

14       GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

ggh:kj
15 and898.suc